**Order entered December 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01294-CV

### TERESA CASTANEDA, ET AL., Appellants

### V.

### LARRY RAY NEWSOM, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15852**

## ORDER

Before the Court is the December 29, 2022 request of Brooke Wagner, Official Court Reporter for the 160th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the deadline **January 20, 2023**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE